torney General, filed a brief on behalf of the State of Colorado, as *amicus curiae,* in opposition.

No. 296. PANHANDLE EASTERN PIPE LINE CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted, limited to the third question presented by the petition for the writ. *Messrs. Ira Lloyd Letts, John S. L. Yost, D. H. Culton,* and *Samuel H. Riggs* for petitioners. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Charles V. Shannon, James H. Lee, William E. Dowling, Harold Goodman, Herbert J. Rushton,* Attorney General of Michigan, and *James W. Williams,* Assistant Attorney General of Michigan, for respondents. *Mr. Spencer W. Reeder* filed a brief on behalf of the City of Cleveland, Ohio, as *amicus curiae,* suggesting that the court below was without jurisdiction over the subject matter.

No. 379. COLORADO INTERSTATE GAS CO. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 380. CANADIAN RIVER GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. November 13, 1944. In No. 379 the petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit is granted limited to the fifth and sixth questions presented by the petition for the writ. In No. 380 the petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit is granted limited to the eighth question presented by the petition for the writ. *Messrs. Wm. A. Dougherty, Elmer L. Brock,* and *E. R. Campbell* for petitioner in No. 379, and *Messrs. Charles H. Keffer* and *John P. Akolt* for petitioner in No. 380. *Solicitor General Fahy, Assistant Attorney General*